## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 19-27035 |
| Melanie A. Sharpe | |
| | Chapter 13 |
| **Debtor(s)** | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618, via U.S. Mail;

Peter C. Bastianen, Attorneys for Cenlar FSB, Codilis and Associates, 15W030 N. Frontage Rd., Suite 100, Burr Ridge, IL 60527, via U.S. Mail;

Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130, via U.S. Mail;

Chase Home Mortgage, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203, via U.S. Mail;

Cook County Treasurer's Office, 118 N. Clark St., #112, Chicago, IL 60602, via U.S. Mail;

Circuit Court of Cook County, 50 W. Washington, Chicago, IL 60602, via U.S. Mail;

Liberman Management Services, 25 Northwest Point, Suite 330, Elk Grove Village, IL 60007, via U.S. Mail;

Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165; via U.S. Mail;

Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306, via U.S. Mail;

Melanie A. Sharpe, 16721 Luella Ave, South Holland, IL 60473; via U.S. mail;

SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE that on December 12, 2022, at 9:00am, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor to Modify Plan, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 273 2896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on November 21, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-27035<br>Northern District of Illinois<br>Eastern Division<br>Thu Oct  3 10:48:29 CDT 2019 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bernadine Hill<br>17713 Commercial, Unit 1N<br>Lansing, IL 60438-4825 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One/Carson<br>Attn: Bankruptcy Dept<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>Attn: Bankruotcy Dept.<br>Mail Code LA4 5555   700 Kansas Ln<br>Monroe, LA 71203 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555   700 Kansas Ln<br>Monroe, LA 71203 |
| Circuit Court of Cook County<br>Richard J. Daley Center<br>50 W. Washington<br>Chicago, IL 60602-1367 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Cook County Treasurer<br>118 N Clark St., #112<br>Chicago, IL 60602-1590 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Liberman Management Services<br>25 Northwest Point<br>Suite 330<br>Elk Grove Village, IL 60007-1033 | Michele Founer<br>233 E. 13th Street, Unit 1608<br>Chicago, IL 60605-3253 |
| Ollo Card Services<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Syncb/ Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Old Navy<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Pearl Vision Inc-<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | Teresa Jennings<br>17713 Commercial, Unit 2S<br>Lansing, IL 60438-4825 | Torrence and Tasha Garner<br>657 Escanaba<br>Calumet City, IL 60409-3925 |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Unique Johnson<br>17713 Commercial, Unit 1S<br>Lansing, IL 60438-4825 | Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mor<br>Attn: Bankruptcy<br>PO Box 10335<br>Des Moines, IA 50306-0335 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077-2281 |
| Melanie A. Sharpe<br>16721 Luella Ave<br>South Holland, IL 60473-2620 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

**In the Matter of:**  }  
                              }  Case No. 19-27035  
  Melanie A. Sharpe          }  
                              }  Chapter 13  
                              }  
**Debtor(s)**                    }  Judge Jacqueline P. Cox

### DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through her attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 19-27035 on September 24, 2019

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on December 9, 2019, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 100.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires her to pay $3425.00 per month for 60 months.

5. That Debtor's Chapter 13 plan payments are currently based, in part, on paying $130,542.09 in mortgage arrears. Please see Claim 10-1 attached hereto as Exhibit A.

6. That Debtor recently completed a loan modification, and her mortgage is now current.

7. That Debtor requests that this honorable court lower her monthly Trustee payment to $2,145.00 per month effective November 2022 for the remainder of the plan.

8. That the Debtor also asks this Honorable Court to defer the plan default through November 2022 so that she may continue to pay the secured and general unsecured creditors 100% of allowed claims.

9. That by deferring the current default and lowering the monthly Trustee payments to $2,145.00, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert case to one arising under Chapter 7 of the Bankruptcy Code.

10. That the Debtor filed the instant case in good faith and intend to complete the Plan of Reorganization.

WHEREFORE DEBTOR, THE MOVANT, PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. Lower Debtor's monthly Trustee payment to $2,145.00 per month effective December 2022;

B. Defer the plan default through November 2022;

C. Remove the Cenlar arrears from Section 3.1 of the Chapter 13 Plan;

D. For such other and further relief this Court deems just and proper.


/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157